IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MARSHA KLOTZ,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>    Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:17-cv-453<br><br>Chief Judge Robert J. Shelby<br><br>Magistrate Judge Cecilia M. Romero |

The undersigned referred this case to Magistrate Judge Brooke C. Wells pursuant to 28 U.S.C. § 636(b)(1)(B),[1] and the case was reassigned to Magistrate Judge Cecilia M. Romero on June 11, 2019.[2] On August 12, 2019, Judge Romero issued a Report and Recommendation.[3] Judge Romero recommends denying Plaintiff's motion to reopen briefing because the arguments Plaintiff wishes to raise are untimely.[4] Neither party objects to Judge Romero's Report and Recommendation, so the court reviews the Report and Recommendation for clear error.[5]

---

[1] Dkt. 22.

[2] Dkt. 33.

[3] Dkt. 35.

[4] *Id.* at 2–4.

[5] *See* Fed. R. Civ. P. 72(b) advisory committee's note (1983) (citing *Campbell v. U.S. Dist. Court for N. Dist. of Cal.*, 501 F.2d 196, 206 (9th Cir. 1974), *cert. denied*, 419 U.S. 879).

1

Having carefully considered Judge Romero's Report and Recommendation, the court finds no clear error. The court therefore ADOPTS Judge Romero's Report and Recommendation and DENIES Plaintiff's Motion.[6]

SO ORDERED this 28th day of August, 2019.

BY THE COURT:

ROBERT J. SHELBY
United States Chief District Judge

---

[6] Dkt. 27.